IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | § § § |
| Plaintiff, | § Case No: 7:21-cv-09247-PMH § |
| vs. | § PATENT CASE § |
| NEXCELERATE, LLC d/b/a BTRACKING.COM, | § JURY TRIAL DEMANDED § § |
| Defendant. | § § |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Plaintiff Social Positioning Input Systems, LLC, and Defendant Nexcelerate, LLC d/b/a Btracking.com, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: December 17, 2021.

Respectfully submitted,

*/s/ Jay Johnson*
JAY JOHNSON
State Bar No. 24067322
**KIZZIA JOHNSON PLLC**
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**FISH & RICHARDSON P.C.**

*/s/ Excylyn J. Hardin-Smith*

Excylyn J. Hardin-Smith (EHS7780)
hardin-smith@fr.com
7 Times Square, 20th Floor
New York, New York 10036
Tel: (212) 763-5070
Fax: (212) 258-2291

Neil J. McNabnay (*pro hac vice* to be filed)
Ricardo J. Bonilla (*pro hac vice* to be filed)
Noel Chakkalakal (*pro hac vice* to be filed)
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
rbonilla@fr.com
chakkalakal@fr.com

**ATTORNEYS FOR DEFENDANT**

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on December 17, 2021. Parties may access the foregoing through the Court's system.

*JAY JOHNSON*